IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EUGENE A. LOISEL, III**                                                                        **PETITIONER**

**VERSUS**                                            **CIVIL ACTION NO. 1:09cv142HSO-JMR**

**RONALD KING**                                                                                  **RESPONDENT**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered on January 11, 2011 [18-1].  The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed.   Accordingly,

**IT IS, ORDERED AND ADJUDGED**  that, the §2254 Petition for habeas corpus relief filed by Eugene A. Loisel, III,  should be and hereby is **DISMISSED.**

**SO ORDERED AND ADJUDGED**, this the 10th day of June, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE